1  Thomas P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROGER E. WEST
4  Assistant United States Attorney
   First Assistant Chief, Civil Division
5  California Bar No. 58609
       300 North Los Angeles Street
6      Room 7516 Federal Building
       Los Angeles, California 90012
7      Telephone: (213) 894-2461
       Fax:       (213) 894-7819
8      E-mail: roger.west4@usdoj.gov

9  Attorneys for the United States of America

10                UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13  IN RE                          ) CV MISC. NO. 07-138
                                   )
14  LETTERS ROGATORY FROM          ) ORDER
                                   )
15  THE DISTRICT CIVIL COURT NO. 12,)
                                   )
16  FEDERAL DISTRICT,              )
                                   )
17  MEXICO CITY, MEXICO            )
                                   )
18                                 )
                                   )
19  _____)

20      Application having been made to this Court by the District Civil Court No. 12 of the

21  Federal District of Mexico, through the United States Department of Justice and the United

22  States Attorney for the Central District of California, and this Court having been requested to

23  process the Letters Rogatory from the Mexican Court to the end of the taking of testimony and

24  documentary evidence from Robin Palmer who, it has been determined, resides or can be found

25  within the jurisdiction of this Court, pertinent to the Mexican proceeding <u>Bearingpoint

26  Mexico, Sociedad de Responsabilidad Limitada de Capital Variable v. PEMEX-</u>

27

28  order.west 07palmer

<u>Refinacion and Fianza Atlas, S.A.</u>, Ordinary Civil proceedings 214/2004-V;

NOW, THEREFORE, I _Jacqueline Chooljian_, United States Magistrate Judge for the Central District of California, pursuant to authority contained in Section 1782 of Title 28 of the United States Code, hereby appoint Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner, to take such steps as may be necessary to take evidence from Robin Palmer pursuant to the terms and conditions set forth in the above Letters Rogatory, and to do all else that may be reasonably necessary for the accomplishment of this Order.

DATED: This 15th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
**JACQUELINE CHOOLJIAN**

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief
Civil Division

Attorneys for
United States of America